BAUM & BLAKE
DAVID B. BAUM (State Bar No. 28506)
MARTIN BLAKE (State Bar No. 98021)
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone:  415-956-5544
Facsimile:   415-956-5547
E-Mail:      dbb@baumblake.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA HOLMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 08-05619 PJH<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER** |

　　　The parties, by and through their counsel of record, stipulate that the deadline for conducting mediation in this matter be extended beyond the 90-day deadline of June 22, 2009, pursuant to ADR L.R. 6-5, so as to permit necessary discovery and to accommodate the conflicting calendars of the parties and that of the Mediator, and request that an extension be granted as follows:

　　　1. This matter was filed on December 17, 2008.

　　　2. On March 24, 2009, the Court referred this matter to mediation, to be completed within 90 days.

　　　3. On March 30, 2009, John Toker was appointed mediator.

　　　4. Pursuant to ADR L.R. 6-6, a joint pre-mediation telephone conference was held on April 13, 2009, to discuss, among other things, the date for mediation.

//

5. Counsel for defendant UNITED STATES OF AMERICA requires time for discovery, including written discovery to plaintiff and her response thereto, to be followed by the taking of plaintiff's deposition.

6. Counsel for plaintiff requires an inspection of the vehicle involved in the subject accident, to be followed by the deposition of the driver of said vehicle.

7. Due to trial commitments and travel out of the country, counsel for plaintiff is unavailable for mediation until mid-June 2009.

8. Mediator, John Toker, is unavailable for mediation commencing June 5, 2009, through July 4, 2009.

9. Accordingly, the parties request and stipulate that the deadline for conducting mediation be extended to July 24, 2009.

Respectfully submitted,

DATED: April 20, 2009

BAUM & BLAKE

BY: _____
DAVID B. BAUM
Attorneys for Plaintiff

DATED: April 15, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

BY: _____
JENNIFER S. WANG
Assistant United States Attorney
Attorneys for Defendant

//
//
//

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
08-05619 PJH

2

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: 4/22/09

   _____
   PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)