```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6967
 6      Facsimile:  (415) 436-6748
        Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for the Federal Defendant
 8
    BAUM & BLAKE
 9  DAVID B. BAUM (State Bar No. 28506)
    MARTIN BLAKE (State Bar No. 98021)
10  One Sansome Street, Suite 3500
    San Francisco, California 94104
11  Telephone:    (415) 956-5544
    Facsimile:    (415) 956-5547
12  Email:    dbb@baumblake.com

13  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MONICA HOLMES, | ) | No. C 08-5619 PJH |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 24, 2009, the Court referred the above-captioned matter to mediation through the Court's ADR Program and ordered completion of the mediation session within 90 days, by June 22, 2009. On March 30, 2009, the ADR Program appointed John Toker as mediator.

1   2. On April 21, 2009, the parties filed a stipulation requesting an extension of the deadline for conducting mediation from June 22, 2009 to July 24, 2009. The extension was needed because plaintiff's counsel was unavailable due to prior commitments until mid-June 2009, because Mr. Toker was unavailable from June 5, 2009 through July 4, 2009, and to allow the parties to engage in some discovery prior to the mediation session. On April 22, 2009, the Court extended the deadline for conducting mediation to July 24, 2009.

3. Around May 5, 2009, the parties scheduled a July 8, 2009 mediation session with Mr. Toker.

4. On June 9, 2009, the ADR Program vacated the appointment of Mr. Toker and appointed Joel Franciosa as the mediator in the above-captioned case.

5. On June 23, 2009, the parties discussed a date for the mediation session with Mr. Franciosa.

6. Given the assignment of a new mediator and to allow the parties to obtain the transcript of a third-party witness deposition scheduled for July 17, 2009 prior to the mediation session, subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to extend the deadline for conducting mediation from July 24, 2009 to August 21, 2009.

IT IS SO ORDERED.

                                      Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: July 17, 2009                /s/
                                      JENNIFER S WANG
                                      Assistant United States Attorney
                                      Attorneys for Defendant


                                      BAUM & BLAKE

Dated: July 17, 2009                /s/ David Baum
                                      DAVID B. BAUM
                                      MARTIN BLAKE
                                      Attorneys for Plaintiff

**[P<del>ROPOSED</del>] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the deadline for conducting mediation is extended to August 21, 2009.

IT IS SO ORDERED.

Dated: __7/22/09_____



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE