BAUM & BLAKE
DAVID B. BAUM (State Bar No. 28506)
MARTIN BLAKE (State Bar No. 98021)
One Sansome Street, Suite 3500
San Francisco, California   94104
Telephone:   415-956-5544
Facsimile:   415-956-5547
E-Mail:       dbb@baumblake.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MONICA HOLMES,                                 )   CASE NO. 08-05619 PJH
                                               )    ORDER DENYING REQUEST
                             Plaintiff,        )   ~~STIPULATION~~ TO EXTEND DISCOVERY
                                               )   DEADLINES; [~~PROPOSED~~] ~~ORDER~~
            vs.                                )
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
                             Defendant.        )
_____           )

1.   Pursuant to the Court's April 13, 2009 Case Management and Pretrial Order, the deadlines

     for expert and fact discovery, and dispositive motions are as follows:

          Expert Disclosure:  December 2, 2009

          Rebuttal Expert Disclosure:  December 23, 2009

          Expert Discovery Cut-off:  January 27, 2010

          Non-Expert Discovery Cut-off:  January 27, 2010

          Dispositive Motions to be Heard by:  March 24, 2010

2.   Plaintiff's counsel has requested an extension of the deadlines for fact and expert discovery

     to permit additional discovery and due to his calendar in December and January.

3.   Accordingly, the parties, by and through their counsel of record, stipulate that the deadlines

     for fact and expert discovery, and dispositive motions be extended as follows:

1        Expert Disclosure:  January 6, 2010

2        Rebuttal Expert Disclosure:  January 27, 2010

3        Expert Discovery Cut-off:  March 3, 2010

4        Non-Expert Discovery Cut-off:  March 3, 2010

5        Dispositive Motions to be Heard by:  April 28, 2010

6    4.   The parties do not anticipate that the extended discovery deadlines will affect the trial date.

7        The trial date is currently set for July 26, 2010.

8

9  IT IS SO STIPULATED.

10

11                          Respectfully submitted,

12

13  DATED:    12/2/09                   BAUM & BLAKE

14

15                          BY:    /s/ David B. Baum

16                          DAVID B. BAUM
                                 Attorneys for Plaintiff

17

18

19  DATED:    12/2/09                   JOSEPH P. RUSSONIELLO
                               United States Attorney

20

21

22                          BY:    /s/ Jennifer S Wang

23                          JENNIFER S WANG
                               Assistant United States Attorney
                               Attorneys for Defendant

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1.  The deadline for expert disclosure is extended to January 6, 2010.

2.  The deadline for rebuttal expert disclosure is extended to January 27, 2010.

3.  The expert discovery cut-off date is extended to March 3, 2010.

4.  The non-expert discovery cut-off date is extended to March 3, 2010.

5.  The last date for dispositive motions hearing is extended to ~~~~ 2010.

IT IS SO ORDERED.

**DENIED**

PJH

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: ___12/3/09___
_____

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

THE COURT REQUIRES 120 DAYS BETWEEN DISPOSITIVE MOTIONS HEARING
DATE AND TRIAL.