BAUM & BLAKE
DAVID B. BAUM (State Bar No. 28506)
MARTIN BLAKE (State Bar No. 98021)
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone:  415-956-5544
Facsimile:   415-956-5547
E-Mail:       dbb@baumblake.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONICA HOLMES, | CASE NO. 08-05619 PJH |
| Plaintiff, | **AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1. Pursuant to the Court's April 13, 2009 Case Management and Pretrial Order, the deadlines for expert and fact discovery, and dispositive motions are as follows:

    Expert Disclosure:  December 2, 2009

    Rebuttal Expert Disclosure:  December 23, 2009

    Expert Discovery Cut-off:  January 27, 2010

    Non-Expert Discovery Cut-off:  January 27, 2010

    Dispositive Motions to be Heard by:  March 24, 2010

2. Plaintiff's counsel has requested an extension of the deadlines for fact and expert discovery to permit additional discovery and due to his calendar in December and January.

3. Accordingly, the parties, by and through their counsel of record, stipulate that the deadlines for fact and expert discovery be extended as follows:

    Expert Disclosure:  January 6, 2010

    Rebuttal Expert Disclosure:  January 27, 2010

    Expert Discovery Cut-off:  March 3, 2010

    Non-Expert Discovery Cut-off:  March 3, 2010

  4. The parties do not anticipate that the extended discovery deadlines will affect the trial date. The trial date is currently set for July 26, 2010.

IT IS SO STIPULATED.

DATED:  12/7/09       Respectfully submitted,

              BAUM & BLAKE

              BY:  /s/ David B. Baum
                DAVID B. BAUM
                Attorneys for Plaintiff

DATED:  12/7/09       JOSEPH P. RUSSONIELLO
              United States Attorney

              BY:  /s/ Jennifer S Wang
                JENNIFER S WANG
                Assistant United States Attorney
                Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The deadline for expert disclosure is extended to January 6, 2010.
2. The deadline for rebuttal expert disclosure is extended to January 27, 2010.
3. The expert discovery cut-off date is extended to March 3, 2010.
4. The non-expert discovery cut-off date is extended to March 3, 2010.

IT IS SO ORDERED.

DATED: 12/10/09

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER
08-05619 PJH

3