UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA HOLMES,

    Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

No. C 08-5619 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion for Order for Release of San Francisco Police Department Photographs, and for all further discovery.  Any date for hearing noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes.  The information may also be available on the court's website.

IT IS SO ORDERED.

Dated:  January 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J, counsel of record