JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
THOMAS GREEN (CSBN 203480)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

BAUM & BLAKE
DAVID B. BAUM (State Bar No. 28506)
MARTIN BLAKE (State Bar No. 98021)
One Market Plaza
Steuart Tower, Suite 1030
San Francisco, California   94105
Telephone:      (415) 956-5544
Facsimile:      (415) 956-5547
Email:          dbb@baumblake.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONICA HOLMES, | No. C 08-5619 PJH (EMC) |
|    Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **PROTECTIVE ORDER RE:** |
| | **CONFIDENTIALITY OF SAN** |
| UNITED STATES OF AMERICA, | **FRANCISCO POLICE DEPARTMENT** |
| | **PHOTOGRAPHS SHOWING BODY OF** |
|    Defendant. | **MONTY HOLMES** |

(Note: "PROPOSED" is struck through)

Subject to the approval of this Court, plaintiff MONICA HOLMES and defendant UNITED STATES OF AMERICA (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate to the following protective order:

**STIPULATED ORDER**

For the purposes of this stipulation, all documents produced or obtained in this litigation from

the San Francisco Police Department ("SFPD") in response to discovery requests made under the Federal Rules of Civil Procedure or made pursuant to any disclosure requirement that include photographs showing the body of Monty Holmes at the scene of the accident at issue in this case (the "Photographs") shall be subject to the following restrictions:

1. The SFPD shall carefully black out the body of Monty Holmes, and only the body of Monty Holmes, from the Photographs, so that the Parties can still see the outline of the body and its precise location at the scene of the accident;

2. The Photographs and the information contained therein shall be used only for purposes of this litigation and not for any other purpose;

3. Neither the Photographs nor the information contained therein shall be disclosed to anyone other than (a) the defendant's attorney and the attorney's staff; (b) the plaintiff's attorney and the attorney's staff; (c) the parties; (d) actual or potential third-party witnesses; (e) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (f) professional vendors to whom disclosure is reasonably necessary for this litigation; (g) the Court and its staff, in further proceedings herein; (h) stenographic deposition reporters; and (i) other persons whom the parties mutually agree upon in writing;

4. There shall be no reproduction of the Photographs, except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

5. Except as otherwise provided in Paragraphs 2 and 3, all of the Photographs shall remain in the custody of defendant's attorney during the pendency of the litigation;

6. Upon final determination of this litigation, including all appeals, all of the Photographs, including copies, extracts or summaries thereof, shall either be destroyed or returned to the party or person furnishing the same.  Notwithstanding this paragraph, however, the defendant's attorney may retain one copy of each pleading and other document filed with the Court that contains any of the Photographs covered by this Order.  Furthermore, nothing in this paragraph shall be construed to require defendant or defendant's attorney to turn over any attorney work-product; and

7. This Stipulation and Protective Order is without prejudice to the right of any party to seek

STIP RE: PROTECTIVE ORDER
C08-5619 PJH (EMC)                                    2

modification of it from the Court.  It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action.  The Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulation and Protective Order notwithstanding the termination of this action.

**IT IS SO STIPULATED.**

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

March 24, 2010                      /s/
                                       THOMAS R. GREEN
                                       Assistant United States Attorney
                                       Attorneys for Defendant

March 23, 2010                      /s/
                                       DAVID BAUM
                                       BAUM & BLAKE
                                       Attorney for Plaintiff

**PURSUANT TO STIPULATION, APPROVED AND SO ORDERED**.

DATED:   3/26/10                      
                                       EDWARD M. CHEN
                                       United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

STIP RE: PROTECTIVE ORDER
C08-5619 PJH (EMC)                    3