```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6967
6     Facsimile:  (415) 436-6748
      Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for the Federal Defendant
8
   BAUM & BLAKE
9  DAVID B. BAUM (State Bar No. 28506)
   MARTIN BLAKE (State Bar No. 98021)
10 One Sansome Street, Suite 3500
   San Francisco, California 94104
11 Telephone:    (415) 956-5544
   Facsimile:    (415) 956-5547
12 Email:        dbb@baumblake.com

13 Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MONICA HOLMES, ) | No. C 08-5619 PJH (EMC) |
|      Plaintiff,  ) | |
|              v.  ) | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DISCOVERY MOTION REGARDING PLAINTIFF'S PHONE RECORDS** |
| UNITED STATES OF AMERICA, ) | |
|      Defendant.  ) | |

**STIPULATION**

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. In January 2010, the plaintiff agreed to authorize her phone service providers to release her January 1, 2006 to April 24, 2007 phone records to the defendant. The parties agreed that the records subpoenaed from plaintiff's phone service providers would be sent to plaintiff's counsel to provide plaintiff an opportunity to redact calls with individuals other than Monty Holmes.

1. Plaintiff agreed that within one week of the receipt of the phone records by her counsel, she would provide defendant with the redacted records.

2. Plaintiff's counsel has informed defendant that plaintiff needs more time than anticipated to complete the redactions. Plaintiff's counsel has informed defendant's counsel that he expects to produce the redacted phone records to defendant by the beginning of the week of April 12, 2010.

3. Pursuant to the Court's February 12, 2010 Order, the fact discovery cut-off in the above-captioned case was April 5, 2010. Pursuant to Local Rule 26-2, April 12, 2010 is the last day to file motions to compel fact discovery.

4. Subject to the Court's approval, the parties, though their undersigned counsel, hereby agree and stipulate to extend the deadline to file a motion to compel related to plaintiff's phone records to April 30, 2010.

IT IS SO ORDERED.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 13, 2010

_____ for Jennifer Wang
JENNIFER S WANG
Assistant United States Attorney
Attorneys for Defendant


BAUM & BLAKE

Dated: April 12, 2010

_____
DAVID B. BAUM
MARTIN BLAKE
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR
DISCOVERY MOT. REGARDING PL.'S PHONE RECORDS
C08-5619 PJH                                    2

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the deadline to file a motion to compel related to plaintiff's phone records is April 30, 2010.

IT IS SO ORDERED.

4/16/10



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR
DISCOVERY MOT. REGARDING PL.'S PHONE RECORDS
C08-5619 PJH                                    3