UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA HOLMES | ) | |
| Plaintiff(s), | ) | No. C08-5619 PJH (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: April 26, 2010

                                                   _____
                                                           Bernard Zimmerman
                                                   United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\HOLMES RECUSAL.wpd

1