MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967 (Wang)
    Telephone:  (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    Email:  jennifer.s.wang@usdoj.gov
    Email:  thomas.green@usdoj.gov

Attorneys for Federal Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MONICA HOLMES,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | No. C 08-05619 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND THE TIME TO SUBMIT PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial:  August 9-10, September 20-21 and October 28, 2010<br>Place:  Courtroom 3, 3rd Fl., Oakland |

STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED POST-TRIAL FINDINGS
OF FACT AND CONCLUSIONS OF LAW
C 08-05619 PJH                       1

WHEREAS, the trial in this matter was tried over five days stretching over nearly three months, with trial days on August 9 and 10, September 20 and 21 and October 28, 2010;

WHEREAS, at the conclusion of the final trial day on October 28, 2010 the Court ordered the parties to submit their Proposed Post-Trial Findings of Fact and Conclusions of Law within one week of receipt of the final transcript for the proceedings on October 28, 2010;

WHEREAS, the parties received the transcript from the October 28, 2010 proceedings on January 10, 2011;

WHEREAS, both trial attorneys for the defendant have full calendars the week of January 10, 2011 and the first part of the week of January 18, 2011, conducting depositions and drafting briefs in other matters with filing deadlines on or prior to January 18, 2011; and

WHEREAS, the Plaintiff is willing to stipulate to a brief extension of time, until January 21, 2011, for the parties to submit Proposed Post-Trial Findings of Fact and Conclusions of Law:

The parties hereby stipulate that the parties shall have until January 21, 2011 to file their respective Proposed Post-Trial Findings of Fact and Conclusions of Law.

It is so stipulated, through counsel of record.

DATED: January 12, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/
THOMAS R. GREEN
Assistant United States Attorney

DATED: January 12, 2011

DAVID BAUM
Attorney for Plaintiff

STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW
C 08-05619 PJH                                    2

**ORDER**

The parties shall have until January 21, 2011 to file their respective Proposed Post-Trial Findings of Fact and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: _1/13/11________ ______________________________

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

Judge